Michael D. PIRTLE, Sr., in his capacity as Founder of C.O.S.T. USA and owner of a business in Columbia County, Georgia, Plaintiff–Appellant,

v.

COLUMBIA COUNTY, GEORGIA, a Political Subdivision of the State of Georgia, Ron C. Cross, in his capacity as Chairman of the Columbia Board of Commissioners, Thomas W. Mercer, Jr., Stephen W. Brown, in their capacities as Commissioners of the Columbia County Board of Commissioners, Defendants–Appellees.

No. 05–15903

Non–Argument Calendar.

D.C. Docket No. 04–00191–CV–DHB–1.

United States Court of Appeals, Eleventh Circuit.

April 21, 2006.

Michael D. Pirtle, Sr., Augusta, GA, pro se.

Alana Kyriakakis Heaton, James B. Ellington, Hull, Towill, Norman, Barrett & Salley, P.C., Augusta, GA, for Defendants–Appellees.

Before TJOFLAT, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Michael D. Pirtle, Sr., proceeding *pro se*, appeals the district court's dismissal of his challenge to the constitutionality of Columbia County, Georgia's Ordinance No. 04–08 prohibiting smoking in most public places. The district court dismissed Pirtle's complaint on the grounds that he could not state a claim that the ordinance, *inter alia*, (1) was a regulatory taking, (2) violated his First Amendment rights to free speech and assembly, (3) violated substantive due process or equal protection, (4) violated the Contracts Clause, (5) violated antitrust laws, (6) violated the Commerce Clause, (7) deprived him of a republican form of government, (8) was an unlawful bill of attainder, (9) was vague, arbitrary or overbroad, or (10) provided for excessive penalties. Because Pirtle's complaint failed to state a claim upon which relief could be granted, the district court's order is

AFFIRMED.